# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DARRYL PETLOCK, | : |
| Plaintiff, | : Civ. No. 16-310 (FLW) (TJB) |
| v. | : |
| BARRY NADROWSKI et al., | : **MEMORANDUM AND ORDER** |
| Defendants. | : |

Plaintiff, Darryl Petlock ("Petlock" or "Plaintiff"), is proceeding *pro se* with this civil rights action under 42 U.S.C. § 1983. On February 28, 2019, the Court denied a motion filed by Petlock which was labeled as a motion for leave to file an amended complaint, but the Court construed it as a motion for reconsideration. (ECF No. 87.) As part of that Order, the Court granted Petlock leave to file a motion to amend his complaint, in compliance with Federal Rule of Civil Procedure 15, within 60 days of the Order's entry. (*See* ECF No. 87 at 4.)

Petlock now moves for an extension of his time to file a motion to amend. (ECF No. 88.) Petlock contends that he is held in a maximum-security housing unit and that many of his legal materials are either unavailable or have been destroyed. (*See* ECF No. 88-2.) He asks the Court to send him a copy of his first amended complaint and asks for 90 days from his receipt of that pleading to submit a new motion to amend. (*Id.*)

In the interest of justice, the Court grants Petlock this additional time. To avoid the ambiguity of a deadline based on receipt, but to account for the time this Order may take to reach Petlock, which he has indicated can take up seven days, the Court will permit Petlock to file a motion for leave to amend no later than July 1, 2019. For docket-management purposes,

however, the Court administratively terminates this action until such time that Petlock files his motion to amend.

Accordingly, IT IS, on this 26th day of March 2019,

ORDERED that Plaintiff's motion for an extension of time is GRANTED insofar as described herein; and it is further

ORDERED that Plaintiff may file a motion for leave to amend his Complaint on or before **July 1, 2019**; and it is further

ORDERED that no further extension shall be provided; and it is further

ORDERED that the Clerk shall serve on Plaintiff by regular U.S. mail (1) a copy of this Memorandum and Order and (2) a copy of Plaintiff's Amended Complaint (ECF No. 2-4);

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this action pending Plaintiff's submission of a motion to amend.

/s/ Freda L. Wolfson
FREDA L. WOLFSON
United States District Judge